The State, Respondent v. Calvin HAWKINS, Appellant.

(347 S. E. (2d) 98)

Supreme Court

June 6, 1986.

## ORDER

Appellant moves to remand for evidentiary hearing pursuant to *Batson v. Kentucky*, _____ U. S. _____ , 106 S. Ct. 1712, 90 L. Ed. (2d) 69 (1986). In *Batson*, the United States Supreme Court announced that upon a criminal defendant's *prima facie* showing that the State exercised its peremptory juror strikes in a racially discriminatory manner, the burden shifts to the State to provide a neutral explanation.

We hold that *Batson* shall not apply retroactively to convictions obtained by juries empaneled prior to April 30, 1986, the date of the *Batson* decision. *See*, 106 S. Ct. at 1725-26, 1731-32, 1740-41; *Daniel v. Louisiana*, 420 U. S. 31, 95 S. Ct. 704, 42 L. Ed. (2d) 790 (1975). Because appellant was tried before the decision in *Batson*, the motion to remand is denied.

It is so ordered.